In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00188-CR
_____

**BRAD ELLIOTT WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 145th District Court**
**Nacogdoches County, Texas**
**Trial Cause No. F1823791**

_____

**MEMORANDUM OPINION**

A jury found appellant Brad Elliott Williams guilty of aggravated robbery and assessed punishment as a prior felony offender at twenty-seven years of imprisonment and a $200 fine.

Williams's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App.

1978). On October 21, 2019, we granted an extension of time for Williams to file a *pro se* brief. We received no response from Williams.

We reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on January 27, 2020
Opinion Delivered February 5, 2020
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.

---

[1]Williams may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

2